UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VERONICA LYNCH, individually and on behalf of all others similarly situated and on behalf of the Hospira 401(k) Retirement Savings Plan,<br><br>Plaintiff,<br><br>-against-<br><br>HOSPIRA, INC., THE EMPLOYEE BENEFIT BOARD OF REVIEW OF HOSPIRA, INC., PAMELA HANNON, HENRY A. WEISHAAR, LORI O. CARLSON, RICHARD J. HOFFMAN, THE COMPENSATION COMMITTEE OF THE BOARD OF DIRECTORS OF HOSPIRA, INC., ROGER W. HALE, CONNIE R. CURRAN, JACQUE J. SOKOLOV, and HEINO VON PRONDZYNSKI,<br><br>Defendants. | Case No. 1:12-cv-04522 |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that plaintiff, by and through her undersigned counsel, hereby files this Notice of Voluntary Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1) dismissing her complaint with prejudice. The parties have agreed that each side shall bear its own costs and expenses.

Dated: October 2, 2012            Respectfully submitted
Plaintiff

By:    s/*Marvin A. Miller*
Marvin A. Miller
**MILLER LAW LLC**
115 S. LaSalle St., Suite 2910
Chicago, Illinois 60603
Telephone: (312) 332-3400

Robert I. Harwood
**HARWOOD FEFFER LLP**
488 Madison Avenue
New York, New York 10022
Telephone: (212) 935-7400

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE BY ELECTRONIC MEANS

    I, Marvin A. Miller, one of the attorneys for plaintiffs, hereby certify that on October 2, 2012, service of *Notice of Voluntary Dismissal,* was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                                                               */s/ Marvin A. Miller*